IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| Rosalyn SANCHEZ | * | |
| | * | |
| Plaintiff | * | Civil No. 1:11-cv-2412 |
| | * | |
| v. | * | |
| | * | |
| Weinstock, Friedman & Friedman, P.A. | * | |
| | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT
WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

The Plaintiff, Rosalyn Sanchez, by her attorneys, Amy K. Kline and Morgan W. Fisher, files the instant Notice of Dismissal of Complaint with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) (See Civil Docket for Case No. 11-02412).and states as follows:

1. On 08/28/2011, Plaintiff filed the above-captioned action against the Defendant (See Civil Docket for Case No. 11-02412).

2. To date, Defendant has not filed an answer or dispositive motion in this matter (See Civil Docket for Case No. 11-02412).

3. Fed.R.Civ.P. 41(a)(1)(A)(i) permits the Plaintiff, without leave of court, to file a Notice of Voluntarily Dismissal before the Defendant has served an answer or filed a motion for summary judgment.

4. The instant Notice of Voluntary Dismissal with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), is filed dismissing the above-captioned action with prejudice as to Defendant, Weinstock, Friedman & Friedman, P.A.

WHEREFORE, Plaintiff respectfully requests that the instant Notice of Voluntary Dismissal with Prejudice be docketed in this matter thereby closing the instant action.

Dated: 10/25/2011                                              Respectfully submitted,

*/s/ Morgan W. Fisher*
Morgan W. Fisher, Esq.
Attorney I.D.#28711
155 Duke of Gloucester St.
Annapolis, MD 21401
Telephone: (410) 626-6111
Facsimile: (866) 393-4828
mwf@lawrence-fisher.com

*s/ Amy K. Kline*
Amy K. Kline, #08382
35 Franklin Boulevard
Reisterstown, MD 21136
Telephone: 410.526.9551
Facsimile: 410.526.9554
ab.kline@yahoo.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on this 25th day of October of 2011 a copy of the Notice of Voluntary Dismissal of Complaint with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) was electronically transmitted or mailed, first class postage prepaid, to:

Ilona Fisher, Esquire
Weinstock, Friedman & Friedman
4 Reservoir Circle
Baltimore, MD 21208

Rosemary Allulis, Esquire
Weinstock, Friedman & Friedman
4 Reservoir Circle
Baltimore, MD 21208

Jeffrey Lippman, Esquire
Weinstock, Friedman & Friedman
4 Reservoir Circle
Baltimore, MD 21208

/s/ Amy K. Kline
Amy K. Kline, #08382